# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2019

## NO. 03-18-00099-CV

### Toll Dallas TX, LLC f/k/a Toll TX, LP, Appellant

### v.

### Brent Dusing and Edith Dusing, Appellees

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order the trial court signed on January 23, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for entry of an order compelling appellees to arbitrate their disputes with appellant and abating further court proceedings against appellant. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.